Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
SCOTT WILLIAM HARGIS

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SCOTT WILLIAM HARGIS,<br><br>Plaintiff,<br><br>v.<br><br>GIGGSTER, INC. and MINT LOCATIONS, LLC,<br><br>Defendants. | **Case No.: 2:21-cv-09775**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff SCOTT WILLIAM HARGIS by and through his undersigned counsel, brings this Complaint against Defendants GIGGSTER, INC. and MINT LOCATIONS, LLC for damages and injunctive relief, and in support thereof states as follows:

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## SUMMARY OF THE ACTION

1. Plaintiff SCOTT WILLIAM HARGIS (“Hargis” brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Hargis' original copyrighted works of authorship.

2. Hargis is a widely recognized architectural photographer based in the San Francisco Bay area. Hargis' photographs have appeared in numerous publications including This Old House, Oakland Magazine, Alameda Magazine, San Francisco Magazine, Diablo Magazine, Better Homes & Gardens, The San Francisco Chronicle, The Los Angeles Times, Design Bureau, Women's Day Magazine, and The East Bay Express. A member of the International Association of Architectural Photographers, Hargis shares his expertise with students at workshops throughout North America, Europe, Australia, and the Middle East.

3. Defendant GIGGSTER, INC. (“Giggster”) is a company that connects property hosts with renters looking to film in their home or space. Giggster has an online platform that allows renters to search for specific film-friendly locations. Communicate with hosts, and allows payments. At all times relevant herein, Giggster owned and operated the internet website located at the URL https://giggster.com/ (the “Website”).

4. Defendant MINT LOCATIONS, LLC (“Mint”) is a Bay Area company that represents over 300 remarkable homes and estates for hosting special occasions, film and/or photography shoots. Mint was founded in 2006 by Cindi Osborn as a way to put her unique blend of industry experience and design expertise to work. Mint’s clients include Williams Sonoma, Anthropologie, Salesforce, eBay, Hugo Boss, Google, Apple, CB2, Audi, Sephora, Crate & Barrell, and many more.

5. Defendants, Giggster and Mint are collectively referred to herein as “Defendants.”

6. Hargis alleges that Defendants copied Hargis' copyrighted Works from the internet in order to advertise, market and promote their business activities.

Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in California.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Giggster, Inc. is a California Corporation, with its principal place of business at 1935 Walgrove Avenue, Los Angeles, California, 90066, and can be served by serving its Registered Agent, Mr. Leonard Grayver, 21515 Hawthorne Boulevard, Suite 450, Torrance, California, 90503.

12. Mint Locations, LLC is a dissolved California limited liability company, with its former principal place of business at 11 Bonita Street, Sausalito, California, 94965, and can be served by serving Cindi Osborn, its owner, at 11 Bonita Street, Sausalito, California, 94965.

## THE COPYRIGHTED WORKS AT ISSUE

13. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works." Copies of the Works are attached hereto as Exhibit 1. Copies of the Registration Certificates are attached hereto as Exhibit 2.

| **Copyright Title** | **Registration Number** | **Registration Issue Date** |
|---|---|---|
| hargis_140423_4614 | VA 1-922-607 | 7/15/2014 |
| hargis_140423_4722 | VA 1-922-607 | 7/15/2014 |
| hargis_140423_4615 | VA 1-922-607 | 7/15/2014 |
| hargis_140423_4646 | VA 1-922-607 | 7/15/2014 |
| hargis_140423_4622 | VA 1-922-607 | 7/15/2014 |
| hargis_140423_4623 | VA 1-922-607 | 7/15/2014 |
| hargis_140423_4629 | VA 1-922-607 | 7/15/2014 |



SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

14. At all relevant times Hargis was the owner of the copyrighted Works at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

15. Defendants have never been licensed to use the Works at issue in this action for any purpose.

16. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

17. On or about February 18, 2019, Hargis discovered the unauthorized use of his Works on the Website advertising an industrial loft with iron bars and brick walls.

18. Defendants copied Hargis' copyrighted Works without Hargis' permission.

19. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their film location rental service businesses.

20. Defendants copied and distributed Hargis' copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

21. Hargis' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

23. Hargis never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

24. Hargis notified Defendants of the allegations set forth herein on September 5, 2019. To date, the parties have failed to resolve this matter.

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Hargis incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Hargis owns valid copyrights in the Works at issue in this case.

27. Hargis registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Hargis' authorization in violation of 17 U.S.C. § 501.

29. Defendants performed the acts alleged in the course and scope of its business activities.

30. Defendants' acts were willful.

31. Hargis has been damaged.

32. The harm caused to Hargis has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Giggster, Inc. and Mint Locations, LLC that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

**JURY DEMAND**

Plaintiff Scott William Hargis hereby demands a trial by jury of all issues so triable.

DATED: December 17, 2021

Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Scott William Hargis*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK