# Exhibit 1



hargis_140423_4615 (above)

hargis_140423_4622 (below)





hargis_140423_4623 (above)

hargis_140423_4646 (below)






hargis 140423_4722 (above)



hargis_140423_4629 (above)



hargis_140423_4722 (above)