# Exhibit 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
VA 1-922-607

**Effective date of registration:**
July 15, 2014

## Title

**Title of Work:** March_April 2014

**Previous or Alternative Title:** Group registration of published photographs; approx. 536 photos published March 1-April 30, 2014

**Contents Titles:** hargis_140311_1684.jpg
hargis_140311_2569.jpg
hargis_140311_2586.jpg
hargis_140311_2614-2.jpg
hargis_140311_2635.jpg
hargis_140311_2671.jpg
hargis_140311_2686.jpg
hargis_140311_2710.jpg
hargis_140312_1686.jpg
hargis_140312_1693.jpg
hargis_140312_2736.jpg
hargis_140312_2744.jpg
hargis_140312_2773.jpg
hargis_140312_2799-2.jpg
hargis_140312_2799.jpg
hargis_140312_2852.jpg
hargis_140312_2887.jpg
hargis_140312_2944.jpg
hargis_140307_2527.jpg
hargis_140307_2390.jpg
hargis_140307_2450.jpg
hargis_140307_2389.jpg
hargis_140307_2358.jpg
hargis_140307_2488.jpg

hargis_140307_2432.jpg
hargis_140307_2509.jpg
hargis_140307_2518.jpg
hargis_140307_2469.jpg
hargis_140307_2470.jpg
hargis_140307_2339.jpg
hargis_140307_2507.jpg
hargis_140307_2432-2.jpg
259_Colusa_4559.jpg
259_Colusa_4561.jpg
259_Colusa_4563.jpg
259_Colusa_4564.jpg
259_Colusa_4567.jpg
259_Colusa_4575.jpg
259_Colusa_4577.jpg
259_Colusa_4579.jpg
259_Colusa_4580.jpg
259_Colusa_4590.jpg
259_Colusa_4591.jpg
259_Colusa_4593.jpg
259_Colusa_4594.jpg
259_Colusa_4595.jpg
259_Colusa_4596.jpg
259_Colusa_4597.jpg
259_Colusa_4599.jpg
259_Colusa_4600.jpg
259_Colusa_4604.jpg
259_Colusa_4605.jpg
259_Colusa_4608.jpg
259_Colusa_4610.jpg
hargis_140423_0006-2.jpg
hargis_140423_0007.jpg
hargis_140423_0013.jpg
hargis_140423_4761.jpg
hargis_140423_4768.jpg
hargis_140423_4783.jpg
hargis_140423_4811-2.jpg
hargis_140423_4823.jpg
hargis_140423_4842.jpg
hargis_140423_4854.jpg
hargis_140423_4614.jpg

*0000VA0001922607070l*

hargis_140423_4615.jpg

hargis_140423_4618.jpg

hargis_140423_4620.jpg

hargis_140423_4622.jpg

hargis_140423_4623.jpg

hargis_140423_4625.jpg

hargis_140423_4629.jpg

hargis_140423_4630.jpg

hargis_140423_4632.jpg

hargis_140423_4638.jpg

hargis_140423_4639.jpg

hargis_140423_4642.jpg

hargis_140423_4646-2.jpg

hargis_140423_4646-3.jpg

hargis_140423_4646.jpg

hargis_140423_4650.jpg

hargis_140423_4653.jpg

hargis_140423_4667.jpg

hargis_140423_4698.jpg

hargis_140423_4701.jpg
hargis_140423_4705.jpg

hargis_140423_4722.jpg

hargis_140423_4739.jpg

hargis_140429_5698.jpg

hargis_140429_5714.jpg

hargis_140429_5719.jpg

hargis_140429_5751.jpg

hargis_140429_5752.jpg

hargis_140429_5766.jpg

hargis_140429_5769.jpg

hargis_140429_5785.jpg

hargis_140429_5806.jpg

hargis_140429_5698.jpg

hargis_140429_5714.jpg

hargis_140429_5719.jpg

hargis_140429_5751.jpg

hargis_140429_5752.jpg

hargis_140429_5766.jpg

hargis_140429_5769.jpg

hargis_140429_5785.jpg

hargis_140429_5806.jpg

831_TheAlameda_1614.jpg
831_TheAlameda_1616.jpg
831_TheAlameda_1617.jpg
831_TheAlameda_1618.jpg
831_TheAlameda_1620.jpg
831_TheAlameda_1621.jpg
831_TheAlameda_1624.jpg
831_TheAlameda_1627.jpg
831_TheAlameda_1628.jpg
831_TheAlameda_1632.jpg
831_TheAlameda_1633.jpg
831_TheAlameda_1639.jpg
831_TheAlameda_1647.jpg
831_TheAlameda_1651.jpg
831_TheAlameda_1657.jpg
831_TheAlameda_1659.jpg
831_TheAlameda_1661.jpg
831_TheAlameda_1664.jpg
831_TheAlameda_1667.jpg
831_TheAlameda_1671.jpg
831_TheAlameda_1672.jpg
831_TheAlameda_1674.jpg
851_Arlington_3496.jpg
851_Arlington_3499.jpg
851_Arlington_3502.jpg
851_Arlington_3503.jpg
851_Arlington_3510.jpg
851_Arlington_3521.jpg
851_Arlington_3527.jpg
851_Arlington_3531.jpg
851_Arlington_3544.jpg
851_Arlington_3545.jpg
851_Arlington_3547.jpg
851_Arlington_3550.jpg
851_Arlington_3555.jpg
851_Arlington_3559.jpg
851_Arlington_3561.jpg
851_Arlington_3562-2.jpg
851_Arlington_3562.jpg
851_Arlington_3565.jpg
851_Arlington_3566-2.jpg

*0000VA0001922607070 2*

851_Arlington_3566.jpg
851_Arlington_3572.jpg
851_Arlington_3575.jpg
851_Arlington_3576-2.jpg
851_Arlington_3576.jpg
851_Arlington_3580-2.jpg
851_Arlington_3580.jpg
1080_Neilson_3113.jpg
1080_Neilson_3114.jpg
1080_Neilson_3116.jpg
1080_Neilson_3120.jpg
1080_Neilson_3126.jpg
1080_Neilson_3776.jpg
1080_Neilson_3779.jpg
1080_Neilson_3781.jpg
1080_Neilson_3782.jpg
1080_Neilson_3785.jpg
1080_Neilson_3786.jpg
1080_Neilson_3787.jpg
1080_Neilson_3791.jpg
1080_Neilson_3795.jpg
1080_Neilson_3798.jpg
1080_Neilson_3805.jpg
1080_Neilson_3812.jpg
1080_Neilson_3813.jpg
1080_Neilson_3817.jpg
1080_Neilson_3820.jpg
1080_Neilson_3824.jpg
1080_Neilson_3827.jpg
1080_Neilson_3829.jpg
1080_Neilson_3831.jpg
1080_Neilson_3835.jpg
hargis_140409_4047.jpg
hargis_140409_4063.jpg
hargis_140409_4080.jpg
hargis_140409_4103.jpg
hargis_140409_4130.jpg
hargis_140409_4142.jpg
hargis_140409_4165.jpg
hargis_140409_4187.jpg
hargis_140409_4201.jpg

hargis_140409_4227.jpg
hargis_140409_4253.jpg
hargis_140409_4270.jpg
hargis_140409_4279.jpg
hargis_140409_4300.jpg
hargis_140409_4313.jpg
hargis_140409_4336.jpg
hargis_140428_4680.jpg
hargis_140428_5215.jpg
hargis_140428_5248.jpg
hargis_140428_5264.jpg
hargis_140428_5277.jpg
hargis_140428_5293.jpg
hargis_140428_5321.jpg
hargis_140428_5339.jpg
hargis_140428_5357.jpg
hargis_140428_5375.jpg
hargis_140428_5400.jpg
hargis_140428_5410.jpg
hargis_140428_5419.jpg
hargis_140428_5521.jpg
hargis_140428_5548.jpg
hargis_140428_5570.jpg
hargis_140428_5661.jpg
hargis_140327_3329.jpg
hargis_140327_3349.jpg
hargis_140327_3376.jpg
hargis_140327_3381.jpg
1916_Melvin_4613.jpg
1916_Melvin_4859.jpg
1916_Melvin_4860.jpg
1916_Melvin_4861.jpg
1916_Melvin_4864.jpg
1916_Melvin_4869.jpg
1916_Melvin_4875.jpg
1916_Melvin_4876.jpg
1916_Melvin_4877.jpg
1916_Melvin_4886.jpg
1916_Melvin_4887.jpg
1916_Melvin_4891.jpg
1916_Melvin_4896.jpg

*0000VA0001922607070 3*

1916_Melvin_4900.jpg
1916_Melvin_4904.jpg
1916_Melvin_4909.jpg
1916_Melvin_4912.jpg
1916_Melvin_4915.jpg
1916_Melvin_4921.jpg
1916_Melvin_4926.jpg
1916_Melvin_4927.jpg
1916_Melvin_4932.jpg
1916_Melvin_4934.jpg
1916_Melvin_4936.jpg
1916_Melvin_4937.jpg
1916_Melvin_4939.jpg
1916_Melvin_4940.jpg
1916_Melvin_4942.jpg
1916_Melvin_4943.jpg
1916_Melvin_4944.jpg
1916_Melvin_4946.jpg
1916_Melvin_4950.jpg
1916_Melvin_4951.jpg
1916_Melvin_4961.jpg
1954_Clemens_1709.jpg
1954_Clemens_1713.jpg
1954_Clemens_1714.jpg
1954_Clemens_1717.jpg
1954_Clemens_1718.jpg
1954_Clemens_1720.jpg
1954_Clemens_3129.jpg
1954_Clemens_3136.jpg
1954_Clemens_3139.jpg
1954_Clemens_3141.jpg
1954_Clemens_3144.jpg
1954_Clemens_3146.jpg
1954_Clemens_3150.jpg
1954_Clemens_3154.jpg
1954_Clemens_3155.jpg
1954_Clemens_3156.jpg
1954_Clemens_3158.jpg
1954_Clemens_3160.jpg
1954_Clemens_3164.jpg
1954_Clemens_3165.jpg

1954_Clemens_3166.jpg
1954_Clemens_3167.jpg
1954_Clemens_3170.jpg
1954_Clemens_3172.jpg
1954_Clemens_3174.jpg
1954_Clemens_3176.jpg
1954_Clemens_3177.jpg
2215_Braemar_3766.jpg
2215_Braemar_3769.jpg
2215_Braemar_3935.jpg
2215_Braemar_3937.jpg
2215_Braemar_3938.jpg
2215_Braemar_3941.jpg
2215_Braemar_3944.jpg
2215_Braemar_3947.jpg
2215_Braemar_3948.jpg
2215_Braemar_3949.jpg
2215_Braemar_3950.jpg
2215_Braemar_3951.jpg
2215_Braemar_3952.jpg
2215_Braemar_3954.jpg
2215_Braemar_3958.jpg
2215_Braemar_3962.jpg
2215_Braemar_3963.jpg
2215_Braemar_3966.jpg
2215_Braemar_3967.jpg
2215_Braemar_3973.jpg
2215_Braemar_3984.jpg
2215_Braemar_3985.jpg
2215_Braemar_3993.jpg
2215_Braemar_3994.jpg
2215_Braemar_3997.jpg
2215_Braemar_3998.jpg
2215_Braemar_4001.jpg
2215_Braemar_4003.jpg
2215_Braemar_4005.jpg
2215_Braemar_4008.jpg
2215_Braemar_4009.jpg
2215_Braemar_4011.jpg
hargis_140301_1923.jpg
hargis_140301_1925.jpg

*0000VA0001922607 0704*

hargis_140301_1937.jpg
hargis_140301_1947.jpg
hargis_140301_1951.jpg
hargis_140301_1962.jpg
hargis_140301_1985.jpg
hargis_140301_2002.jpg
hargis_140301_2008.jpg
hargis_140301_2052.jpg
hargis_140301_2077.jpg
hargis_140301_2078.jpg
hargis_140301_2091.jpg
hargis_140301_2105.jpg
hargis_140301_2110.jpg
3331_MacArthur_3695.jpg
3331_MacArthur_3698.jpg
3331_MacArthur_3699.jpg
3331_MacArthur_3702.jpg
3331_MacArthur_3704.jpg
3331_MacArthur_3706.jpg
3331_MacArthur_3709.jpg
3331_MacArthur_3712.jpg
3331_MacArthur_3714.jpg
3331_MacArthur_3715.jpg
3331_MacArthur_3718.jpg
3331_MacArthur_3722.jpg
3331_MacArthur_3723.jpg
3331_MacArthur_3725.jpg
3331_MacArthur_3727.jpg
3331_MacArthur_3731.jpg
3331_MacArthur_3732.jpg
3331_MacArthur_3734.jpg
3331_MacArthur_3735.jpg
3331_MacArthur_3739.jpg
3331_MacArthur_3741.jpg
3331_MacArthur_3742.jpg
3331_MacArthur_3744.jpg
3331_MacArthur_3745.jpg
3331_MacArthur_3746.jpg
3331_MacArthur_3754.jpg
3331_MacArthur_3755.jpg
3331_MacArthur_3759.jpg

3331_MacArthur_3695.jpg
3331_MacArthur_3698.jpg
3331_MacArthur_3699.jpg
3331_MacArthur_3702.jpg
3331_MacArthur_3704.jpg
3331_MacArthur_3706.jpg
3331_MacArthur_3709.jpg
3331_MacArthur_3712.jpg
3331_MacArthur_3714.jpg
3331_MacArthur_3715.jpg
3331_MacArthur_3718.jpg
3331_MacArthur_3722.jpg
3331_MacArthur_3723.jpg
3331_MacArthur_3725.jpg
3331_MacArthur_3727.jpg
3331_MacArthur_3731.jpg
3331_MacArthur_3732.jpg
3331_MacArthur_3734.jpg
3331_MacArthur_3735.jpg
3331_MacArthur_3739.jpg
3331_MacArthur_3741.jpg
3331_MacArthur_3742.jpg
3331_MacArthur_3744.jpg
3331_MacArthur_3745.jpg
3331_MacArthur_3746.jpg
3331_MacArthur_3754.jpg
3331_MacArthur_3755.jpg
3331_MacArthur_3759.jpg
3331_MacArthur_3695.jpg
3331_MacArthur_3698.jpg
3331_MacArthur_3699.jpg
3331_MacArthur_3702.jpg
3331_MacArthur_3704.jpg
3331_MacArthur_3706.jpg
3331_MacArthur_3709.jpg
3331_MacArthur_3712.jpg
3331_MacArthur_3714.jpg
3331_MacArthur_3715.jpg
3331_MacArthur_3718.jpg
3331_MacArthur_3722.jpg
3331_MacArthur_3723.jpg

*0000VA0001922607070 5*

3331_MacArthur_3725.jpg
3331_MacArthur_3727.jpg
3331_MacArthur_3731.jpg
3331_MacArthur_3732.jpg
3331_MacArthur_3734.jpg
3331_MacArthur_3735.jpg
3331_MacArthur_3739.jpg
3331_MacArthur_3741.jpg
3331_MacArthur_3742.jpg
3331_MacArthur_3744.jpg
3331_MacArthur_3745.jpg
3331_MacArthur_3746.jpg
3331_MacArthur_3754.jpg
3331_MacArthur_3755.jpg
3331_MacArthur_3759.jpg
hargis_140320_3002.jpg
hargis_140320_3036.jpg
hargis_140320_3062.jpg
hargis_140320_3091.jpg
hargis_140320_3107.jpg
4138_Greenwood_3840.jpg
4138_Greenwood_3841.jpg
4138_Greenwood_3844.jpg
4138_Greenwood_3845.jpg
4138_Greenwood_3848.jpg
4138_Greenwood_3852.jpg
4138_Greenwood_3854.jpg
4138_Greenwood_3855.jpg
4138_Greenwood_3857.jpg
4138_Greenwood_3870.jpg
4138_Greenwood_3873.jpg
4138_Greenwood_3878.jpg
4138_Greenwood_3891.jpg
4138_Greenwood_3896.jpg
4138_Greenwood_3899.jpg
4138_Greenwood_3903.jpg
4138_Greenwood_3904.jpg
4138_Greenwood_3905.jpg
4138_Greenwood_3910.jpg
4138_Greenwood_3921.jpg
4138_Greenwood_3923.jpg

4138_Greenwood_3924.jpg
4138_Greenwood_3928.jpg
4138_Greenwood_3930.jpg
4138_Greenwood_3931.jpg
4138_Greenwood_4013.jpg
4138_Greenwood_4014.jpg
hargis_140328_3491.jpg

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** March 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Scott William Hargis

**Author Created:** photograph(s)

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Scott William Hargis

617 Brooklyn Avenue, #5, Oakland, CA, 94606

## Rights and Permissions

**Name:** Scott William Hargis

**Email:** scott@scotthargisphoto.com **Telephone:** 510-551-3647

**Address:** 617 Brooklyn Avenue

#5

Oakland, CA 94606

## Certification

**Name:** Scott Hargis

**Date:** July 15, 2014

**Correspondence:** Yes

*0000VA0001922607 0706*